SIMON B. CAMACHO, Appellant, *v.* THE HAMILTON BANK NOTE ENGRAVING AND PRINTING COMPANY, Respondent.

*Camacho* v. *Hamilton Bank Note & Eng. Co.*, 2 App. Div. 369, appeal dismissed.
(Argued January 9, 1899; decided January 17, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1897, affirming a judgment of the late Court of Common Pleas for the city and county of New York in favor of defendant, entered upon a decision of the court at a Trial Term dismissing the complaint upon the merits.

The action was originally brought in the Second Judicial District Court of the city of New York, and by order was removed to the late Court of Common Pleas.

The motion was made upon the ground that the action was commenced in a District Court of New York city and the necessary certificate and order have not been made and cannot now be made by the Appellate Division.

*William L. Turner* for motion.

*Eustace Conway* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on authority of *Sidwell* v. *Greig* (157 N. Y. 30).